# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BENYEHUDAH WHITFIELD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 07-cv-819-WDS** |
| | ) | |
| **C/O ADAMSON,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

On October 8, 2008, the Court revoked Plaintiff's pauper status, finding that he had accumulated three or more strikes (see Doc. 7). In that order, Plaintiff was directed to pay the full filing fee of $350 within 15 days of entry of that order. Almost a month has elapsed, and that payment has not been received. Accordingly,

**IT IS ORDERED** that this case is **DISMISSED** with prejudice for failure to pay the filing fee and for failure to comply with an order of this Court.

**IT IS SO ORDERED.**

**DATED: November 18, 2008.**

**s/ WILLIAM D.  STIEHL**
**DISTRICT JUDGE**