# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENYEHUDAH WHITFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 07-cv-819-WDS |
| | ) |
| C/O ADAMSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

This action came before the Court, District Judge William D. Stiehl, and the following decision was reached:

**IT IS ORDERED** that Plaintiff Whitfield shall recover nothing, and the action be **DISMISSED** with prejudice for failure to pay the filing fee.

November 18, 2008        By:   s/ WILLIAM D. STIEHL
*Date*                                *District Judge*